UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALFREDO GUZMAN, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

      -against-

BROADWAY GOURMET, INC. (d/b/a BROADWAY GOURMET FOOD MARKET ON SOHO) and MARK H. KIM,

                *Defendants,*
----------------------------------------------------------------X

Civil Action No. 1:25-cv-02676

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On August 20, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ALFREDO GUZMAN, has judgment against BROADWAY GOURMET, INC. (d/b/a BROADWAY GOURMET FOOD MARKET ON SOHO) and MARK H. KIM, jointly and severally, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

                              _____
                              HON. ANALISSA TORRES
                              U.S. DISTRICT JUDGE